Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAM OLDHAM MIZE, IV,<br><br>                    Defendant. | Case No. 2:18-cr-00232-TOR<br><br>United States' Motion for Detention |

The United States, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Dan Fruchter, Assistant United States Attorney for the Eastern District of Washington, moves the Court for pretrial detention of the defendant, WILLIAM OLDHAM MIZE, IV, pursuant to Federal Rule of Criminal Procedure 46(a), and 18 U.S.C. § 3142(e).

A person arrested for a violation of release conditions prior to trial may be released or detained under 18 U.S.C. § 3142 pending further proceedings. Section 3142(e) provides that if, after a detention hearing, "the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community, such judicial officer shall order the detention of

United States' Motion for Detention - 1

the person before trial." 18 U.S.C. § 3142(e). If there is probable cause to believe that, while on release, the person committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. 18 U.S.C. § 3149(b)(2).

Defendant was initially charged by the Grand Jury in December 2018 with a 101-count Indictment charging wire fraud, mail fraud, conspiracy, and money laundering. 2:18-CR-00232, ECF No. 1. On January 9, 2019, the court ordered Defendant released on conditions including a $750,000 unsecured bond. 2:18-CR-00232, ECF No. 86, 89. On January 23, 2019, the Grand Jury returned a second Indictment separately charging Defendant with three felony counts of Making and Subscribing a False Income Tax Return. 2:19-CR-00021, ECF No. 1. The tax fraud Indictment was later consolidated with the 2018 fraud Indictment upon Defendant's motion. 2:19-CR-00021, ECF No. 16.

On or about July 5, 2019, shortly before an ordered appearance at a Pretrial Conference scheduled for July 18, 2019, Defendant absconded from supervision and fled the district. 2:18-CR-00232, ECF No. 492. The United States probation office filed violation reports in both the 2018 fraud case and the 2019 tax case. Id., see also 2:19-CR-00021, ECF No. 20. The Court issued arrest warrants on both petitions. Id. The Court scheduled an additional pretrial conference for August 29, 2019, at which Defendant failed to appear. On October 21, 2020, the Grand Jury returned separate indictments (one for each case) charging Defendant with Failure to Appear for the August 29, 2019 hearing, in violation of 18 U.S.C. §§ 3146(a)(1), (b)(1)(A)(iii), and 18 U.S.C. § 3147. 2:20-CR-00144, ECF No. 2; 2:20-CR-00145, ECF No. 2. Arrest Warrants were issued on both Indictments.

For nearly four-and-a-half years, between July 2019 and November 2023, Defendant willfully evaded law enforcement and its considerable efforts to find and apprehend him, which included a public wanted notice and reward offered by the United States Marshals Service (USMS) for information leading to Defendant's arrest. Evidence to be proffered

United States' Motion for Detention - 2

by the United States will demonstrate that, in November 2023, through information provided by concerned community members, the USMS finally located Defendant, who was living under an assumed name and false identity on a 43' Viking Live-aboard boat that was docked at 4591 Lakeside Dr (Winward Sadler Point Marina) located in Jacksonville, Florida, a district to which Defendant did not have permission to travel. The boat was listed for sale on Craigslist, and the ad indicated that the boat was for sale and that Defendant would be leaving the state. Defendant had a false and fraudulent driver's license in this assumed identity, which he used in order to procure the boat slip rental for which he paid monthly in cash.

Defendant was taken into custody in the Middle District of Florida, where he was ordered detained pending transportation to the Eastern District of Washington on the four outstanding warrants. Pursuant to a Search Warrant, the boat on which Defendant was living, the "Pure Indulgence," was searched by law enforcement, yielding the following:

- Multiple handguns and ammunition, despite Defendant's release conditions prohibiting him from possessing a firearm;
- Numerous prescription medications, including multiple scheduled controlled substances, prescribed to Defendant's false identity;
- More than $25,000 in cash;
- Photographs of the Defendant and his family and friends, including photographs matching photographs previously observed at the Defendant's former residence in Spokane;
- Multiple false identification documents, including driver's licenses, social security cards, vehicle titles, credit cards, and other documents and means of identification;
- Multiple prepaid "burner" flip phones; and
- Thousands of dollars in poker chips, despite Defendant's release conditions prohibiting him from gambling of any type.

Defendant plainly represents a serious risk of flight and obstruction of justice as well as a danger to the community. He has already significantly obstructed justice through his

United States' Motion for Detention - 3

non-appearance and flight from a trial that was to have taken place more than four years ago.  Defendant faces a mountain of evidence and a very significant sentence stemming not only from more than one hundred felony fraud counts with millions of dollars in loss, but aggravating factors including obstruction, being the leader of a criminal enterprise, non-appearance, and violation of numerous court conditions.  Defendant has demonstrated that he has no intent to abide by conditions imposed by the Court, to maintain contact with the United States Probation Office, or to appear at proceedings.  Defendant possesses significant means to evade law enforcement, including access to cash, large vehicles, firearms, and false identification documents, access that has continued even following his initial arrest and flight from supervision.  Defendant has also violated multiple federal, state, and local laws while on release, including failure to appear, fraud, identity theft, controlled substance crimes, and firearms violations.  The Court should order Defendant detained pending trial to ensure his appearance and the safety of the community.

Respectfully submitted on January 26, 2024.

Vanessa R. Waldref
United States Attorney

*s/Dan Fruchter*
Daniel Fruchter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767
daniel.fruchter@usdoj.gov

United States' Motion for Detention - 4

## *CERTIFICATE OF SERVICE*

I certify that on January 26, 2024, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF System and service of such filing will be sent by reliable electronic means to the registered CM/ECF Participant(s).

*s/Dan Fruchter*
Daniel Fruchter
Assistant United States Attorney

United States' Motion for Detention - 5