# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Spokane

**USA v. WILLIAM OLDHAM MIZE, IV**    Case No.    2:18-CR-232-TOR-1
2:19-CR-021-TOR-1
2:20-CR-144-TOR-1
2:20-CR-145-TOR-1

Spokane Video Conference (ACE @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

**Initial Appearance on Pretrial Release Violation Petition**    01/29/2024
**(2:18-CR-232-TOR-1 and 2:19-CR-21-TOR-1):**

**Initial Appearance and Arraignment on Indictment**
**(2:20-CR-144-TOR-1 and 2:20-CR-145-TOR-1):**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Michael Vander Giessen, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Andrew Wagley, Defense Atty |
| ☒ | Erik Carlson, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention in each cause | ☒ | Rights given in each cause |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed in each cause |
| ☒ | Financial Affidavit (CJA 23) filed in each cause | ☒ | Defendant received copy of Indictment and violation petition(s) |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictments |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his/her true and correct name is WILLIAM OLDHAM MIZE, IV.

**INITIAL APPEARANCE ON PETITION (2:18-CR-232-TOR-1 & 2:19-CR-21-TOR-1):**
Defendant was advised of his rights and the allegations contained in the violation petition in 2:18-CR-232-TOR-1 (ECF No. 492) and 2:19-CR-21-TOR-1 (ECF No. 20).
A denial of the violations pending on the petition is entered on behalf of Defendant in each cause.

  Based on information contained in the Financial Affidavit, the Court appointed counsel from the CJA Panel, Andrew Wagley, to represent Defendant in both causes.

  Government has filed a motion for detention in each cause.
  Defendant denied the violations and requested a Pretrial Release Revocation Hearing be set on each cause.

**INITIAL APPEARANCE AND ARRAIGNMENT (2:20-CR-144-TOR-1 & 2:20-CR-145-TOR-1)**:
  Defendant was advised of his rights and the allegations contained in the Indictments.
  "Not guilty" plea entered.
  Based on information contained in the Financial Affidavit, the Court appointed counsel from the CJA Panel, Andrew Wagley, to represent Defendant in both causes.

  Government has filed a motion for detention in each cause.
  Defendant waived a detention hearing in each cause.

**The Court ordered:**
1. Motion for detention **granted as to 2:20-CR-144-TOR-5 & 2:20-CR-145-TOR-1**.
2. Pretrial Release Revocation Hearing set on January 31, 2024, at 2:00 p.m. in **2:18-CR-232-TOR-1 & 2:19-CR-21-TOR-1.**
3. Discovery to be provided according to Local Rules on discovery **2:20-CR-144-TOR-5 & 2:20-CR-145-TOR-1**.
4. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order **2:20-CR-144-TOR-5 & 2:20-CR-145-TOR-1**.
5. Defendant remanded to custody of U.S. Marshal until further order of the Court in **2:20-CR-144-TOR-5 and 2:20-CR-145-TOR-1**.

**Pretrial Release Hearing/Detention Hearing 2:18-CR-232-TOR-1 & 2:19-CR-21-TOR-1:**
**01/31/2024 @ 2:00 p.m. [S/ACE]**
**[Y/ACE] (Video Conf)**

**Detention Hearing 2:20-CR-144-TOR-1 & 2:20-CR-145-TOR-1:**
*Waived by Defendant;*
**USA's Motion for Detention is** *granted.*
*Subject to right to return before the Court should circumstances change.*