UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mize, William Oldham | Docket No. | 2:18CR00232-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant William Oldham Mize, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 10th day of January 2019, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #7:** Defendant shall contact defense counsel at least once a week.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** William Oldham Mize is alleged to have failed to make himself available for supervision by the U.S. Probation Office on July 8, 2019.

On January 9, 2019, Mr. Mize appeared before the Court for an initial appearance in United States District Court of the Eastern District of Washington, case number 2:18CR00232-TOR-1. The Court released Mr. Mize under conditions of pretrial release supervision.

On January 11, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mize. He acknowledged an understanding of the conditions, which included standard condition #6.

On July 5, 2019, assistant U.S. attorney, George Jacobs, contacted the undersigned officer and voiced concern that Mr. Mize may have absconded supervision based on a recent report that Mr. Mize attempted to provide a bag with unknown contents to his daughter-in-law with instructions to give the bag to his wife once she completed a term of incarceration. His daughter-in-law refused to take the bag. She left her residence for approximately 1 week. When she returned to her home, she located the bag Mr. Mize allegedly asked her to keep, inside her home.

Mr. Jacobs also indicated that a motion by defense counsel filed on July 5, 2019, asked the Court to appear telephonically at the next pretrial conference. The motion indicated that defense counsel had attempted to contact Mr. Mize to discuss defense counsel to appear telephonically, but had not received a response from him.

Subsequently, on July 5, 2019, the undersigned officer attempted to contact Mr. Mize using his two listed telephone numbers. The undersigned officer left voice mail messages instructing Mr. Mize to call and schedule an appointment. Mr. Mize did not response to the messages.

On July 8, 2019, the undersigned officer again attempted to contact Mr. Mize using his two listed telephone numbers. The undersigned officer left a voice mail message on one of those numbers instructing Mr. Mize to contact the undersigned officer.

However, the undersigned officer was able to speak to Mr. Mize's wife, Sandra Talento, after calling his second listed telephone number. It should be noted that Ms. Talento is a codefendant in the instant federal matter. Ms. Talento stated she had taken possession of that telephone.

Re: Mize, William Oldham
July 10, 2019
Page 2

According to Ms. Talento, Mr. Mize left Spokane, Washington, and traveled to Las Vegas, Nevada, on June 20, 2019. Ms. Talento believed Mr. Mize was staying at Caesar's Palace in Las Vegas. She reportedly maintained telephone contact with Mr. Mize until June 30, 2019. Since that time, Ms. Talento has reportedly made multiple attempts to contact Mr. Mize by telephone, without success.

Ms. Talento received a greeting card in the mail containing a personal note from Mr. Mize on July 3, 2019. She stated the envelope was postmarked on July 1, 2019, in San Diego, California. Ms. Talento provided photographs of the card and envelope she received from Mr. Mize, which confirmed it was postmarked on July 1, 2019, in San Diego, California.

Additionally, Ms. Talento reportedly accessed Mr. Mize's electronic mail account and found an invoice from Dollar Rental Car stating he owed a sum of money to that company for renting a car in Las Vegas, Nevada, on June 22, 2019. The vehicle was returned to Dollar Rental Car on June 30, 2019, in San Diego, California.

Ms. Talento advised she was currently in Brea, California, visiting her mother and returning to Spokane, Washington, on July 10, 2019. She denied knowing Mr. Mize's whereabouts. Her last reported in person contact with Mr. Mize was on June 20, 2019. Ms. Talento's last telephone communication with Mr. Mize was on June 30, 2019.

Later on July 8, 2019, the undersigned officer attempted to establish communication with Mr. Mize through electronic mail; his attorney; and at his residence in Spokane, Washington, without success.

As of the time and date of this petition, the undersigned officer has been unable to establish any form of communication with Mr. Mize. Currently, his whereabouts are unknown.

**Violation #2:** William Oldham Mize is alleged to have failed to contact defense counsel since approximately June 28, 2019.

On January 9, 2019, Mr. Mize appeared before the Court for an initial appearance in United States District Court of the Eastern District of Washington case number 2:18CR00232-TOR-1. The Court released Mr. Mize under conditions of pretrial release supervision.

On January 11, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mize. He acknowledged an understanding of the conditions, which included standard condition #7.

On July 9, 2019, the undersigned officer spoke Mr. Mize's defense counsel, Allen Bentley. Mr. Bentley advised he has not spoken to Mr. Mize since approximately June 28, 2019. Since June 28, 2019, Mr. Bentley has attempted to contact Mr. Mize by telephone and electronic mail communication, without a response.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 10, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Mize, William Oldham**
**July 10, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

July 10, 2019
Date   Nunc Pro Tunc