FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 29 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>William O. Mizz, IV<br><br>Defendant. | No. 2:18-CR-00232-TOR<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETITION – PRETRIAL RELEASE |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of Petition for Action on Conditions of Pretrial Release;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a bail hearing, if I am in custody;

6. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

arrest or detention.

_____        Date: _1-29-24_
Interpreter Signature

_____        _/s/ William_
Interpreter Printed Name                      Defendant Signature

                                              William Mize
                                              Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2