# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Spokane

| | |
|---|---|
| **USA v. WILLIAM OLDHAM MIZE, IV** | **Case No.**    2:18-CR-232-TOR-1 <br> 2:19-CR-021-TOR-1 |

**Revocation of Pretrial Release Hearing:**      01/31/2024

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Dan Fruchter, US Atty |
| ☒ | Erik Carlson, US Probation / Pretrial Services | ☒ | Andrew Wagley, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | AO 199C Advice of Penalties/Sanctions |

## REMARKS

    Defendant appeared, in custody, with counsel.
    The Court discussed status of cases with the parties.
    Defense counsel in agreement with Court's analysis and proposed resolution of the pretrial violations.
    USA proffered the Indictments in 2:20CR-144-TOR-1 and 2:20-CR-145-TOR-1 which establish a finding of probable cause and detention.

**The Court ordered:**
1. Due to establishment of probable cause based on the Indictments in 2:20CR-144-TOR-1 and 2:20-CR-145-TOR-1, the Court revoked Defendant's pretrial release.
2. USA's Motion for Detention is **granted in each cause**.
3. Defendant remanded to custody of U.S. Marshal pending further order of the Court.