FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00232-TOR-1 |
| Plaintiff, | No. 2:19-cr-00021-TOR-1 |
| v. | ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITION AND SETTING REVOCATION HEARING |
| WILLIAM OLDHAM MIZE, IV, | |
| Defendant. | |

On Monday, January 29, 2024, Defendant made an initial appearance for pretrial release Violations reported in a Petition filed on July 10 and 19, 2019, (ECF No. 492/20, Violation Nos. 1–2). Defendant was represented by court-appointed attorney Andrew Wagley. Assistant United States Attorney Dan Fruchter represented the United States. With Defendant's consent, Defendant appeared by video from Spokane, Washington.

Defendant was advised of and acknowledged Defendant's rights.

Mr. Wagley, a member of the Criminal Justice Act Panel, was previously appointed to represent Defendant, and that appointment was affirmed.

The Court entered denials of the alleged Violations on behalf of Defendant.

Prior to the hearing, the United States filed a Motion for Detention (ECF No. 1018/37). Counsel for Defendant requested the matter be continued to a later hearing, and the United States did not object.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1.     A **pretrial release revocation hearing** is set **before Magistrate Judge Ekstrom in Spokane, Washington, on Wednesday, January 31, 2024  at 2:00 PM.**

2.     Pending the hearing, Defendant shall be detained in the custody of the United States Marshals Service and produced for the hearing. [1]  To the extent practicable, Defendant shall be confined separately from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to the United States Marshals Service for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

DATED February 1, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* 18 U.S.C. § 3142(f).

ORDER - 2