Vanessa R. Waldref
United States Attorney
Jeremy J. Kelley
Assistant United States Attorney
United States Attorney's Office
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: 509-353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM OLDHAM MIZE, IV,<br><br>　　　　　　　　　Defendant. | No. 2:18-CR-00232-TOR-1<br><br>NOTICE OF APPEARANCE OF JEREMY J. KELLEY |

TO:　　　　CLERK OF THE COURT
AND TO:　　DEFENDANT and his attorney of record.

　　PLEASE TAKE NOTICE that Jeremy J. Kelley, Assistant United States Attorney for the Eastern District of Washington, enters his appearance as additional counsel on behalf of Plaintiff, United States of America, in the above-titled action. Plaintiff requests that service of all papers and pleadings in this case be made upon the undersigned attorney at his office listed below.

　　RESPECTFULLY SUBMITTED: February 27, 2024.

　　　　　　　　　Vanessa R. Waldref
　　　　　　　　　United States Attorney

　　　　　　　　　*s/Jeremy J. Kelley*
　　　　　　　　　Jeremy J. Kelley
　　　　　　　　　Assistant United States Attorney
　　　　　　　　　United States Attorney's Office
　　　　　　　　　Eastern District of Washington
　　　　　　　　　Post Office Box 1494
　　　　　　　　　Spokane, WA 99210-1494
　　　　　　　　　Telephone: (509) 353-2767
　　　　　　　　　Jeremy.Kelley@usdoj.gov

NOTICE OF APPEARANCE FOR USA - PAGE 1

## ***CERTIFICATE OF SERVICE***

I hereby certify that on February 27, 2024, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF System and service of such filing will be sent by reliable electronic means to the registered CM/ECF Participant(s).

*s/Jeremy J. Kelley*
Jeremy J. Kelley
*Assistant United States Attorney*
