UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM OLDHAM MIZE, IV (1),<br><br>Defendant. | NO:  2:18-CR-0232-TOR-1<br><br>ORDER TO DISBURSE FUNDS TO THE UNITED STATES IN CARE OF THE INTERNAL REVENUE SERVICE |

On deposit in the Court Registry are funds in the amount of $25,000 which have been forfeited to the United States in case number 2:18-CV-0156-TOR on June 29, 2021, at ECF Nos. 42 and 43. Final Judgment was entered and the United States now seeks disbursement of those funds.

//

ORDER TO DISBURSE FUNDS TO THE UNITED STATES IN CARE OF THE INTERNAL REVENUE SERVICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Final Order of Forfeiture, in Case No. 2:18-CV-0156-TOR at ECF No. 42, p. 6, lines 23-24, is amended as follows:

   **h. $25,000.00 U.S. currency *plus accrued interest* currently held in deposit with the Clerk of Court.**

2. The District Court Executive is hereby directed to disburse the $25,000 plus accrued interest, less any Court fees, to the United States in care of:

   IRS-CI
   Attn: Brandy Roberts, Asset Forfeiture Coordinator
   211 E. 7th Avenue, Suite 351
   Eugene, OR 97401

3. The Court's Financial Administrator shall deliver the check along with a copy of this Order to the United States Attorney's Office, 920 West Riverside Ave., Suite 340, Spokane, WA 99201.

The District Court Executive is hereby directed to enter this Order and provide a copy to the Court's Financial Administrator.

DATED March 15, 2024.



THOMAS O. RICE
United States District Judge

ORDER TO DISBURSE FUNDS TO THE UNITED STATES IN CARE OF THE INTERNAL REVENUE SERVICE ~ 2