UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM OLDHAM MIZE, IV,<br><br>Defendant. | CASE NOS: 2:18-CR-0232-TOR-1<br>2:19-CR-0021-TOR<br>2:20-CR-0144-TOR<br>2:20-CR-0145-TOR<br><br>ORDER GRANTING IN PART MOTIONS TO CONTINUE PRETRIAL AND TRIAL DATES |

BEFORE THE COURT are Defendant's Motions to Continue Pretrial and Jury Trial Date. ECF Nos. 1034, 52, 23, 23. The motions were noted for hearing without oral argument. Having reviewed the dockets and the files therein, the Court is fully informed.

Defendant is scheduled to appear before the Court on June 20, 2024, for a pretrial conference and a jury trial is scheduled to begin on July 8, 2024. He now moves, through counsel and unopposed by the government, for a 4-5 month continuance of those dates as well as the pretrial filing deadline. In support of his request, counsel explains that Defendant is charged with a total of 106 counts in

ORDER GRANTING IN PART MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 1

four separate Indictments and the discovery, which was provided on a 2TB external hard drive on February 7, 2024, is voluminous. Therefore, additional time is needed to review the discovery, develop any pretrial motions, and prepare a defense. Defendant has waived his Speedy Trial rights through December 31, 2024. ECF Nos. 1041, 53, 24, 24. The Court finds that the Defendant requires additional time to investigate and prepare for trial, taking into account the exercise of due diligence, and that his interests would not be adequately represented without a continuance. Accordingly, the motion is granted in part. The Court declines to set the trial date out so far into the future, but will grant a 90-day continuance.

IT IS HEREBY ORDERED:

1. The Motion to Continue Pretrial and Trial Dates (ECF Nos. 1040, 52, 23, 23) is **GRANTED in part**.

2. The pretrial conference scheduled for June 20, 2024, is vacated and continued to **September 25, 2024, at 10:00 a.m.**, in Spokane Courtroom 902. All pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **August 28, 2024**, and noted for hearing at the pretrial conference. Any response to a pre-trial motion shall be filed and served in accordance with Local Rule 7. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

ORDER GRANTING IN PART MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 2

3. The jury trial currently scheduled for July 8, 2024, is vacated and continued to **October 7, 2024, at 8:30 a.m.**, in Spokane Courtroom 902. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial issues. Jury selection will begin promptly at 9:00 a.m. Trial briefs, proposed voir dire, jury instructions, verdict forms, <u>exhibit lists, and expert witness lists</u> shall be filed and served by all parties on or before **seven (7) calendar days** prior to trial.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between June 13, 2024, until October 7, 2024, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

5. Counsel for the defense shall notify the Defendant and ensure his attendance at every scheduled hearing and trial.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED June 14, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING IN PART MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 3