Vanessa R. Waldref
United States Attorney
Dan Fruchter
Jeremy J. Kelley
Assistant United States Attorney
United States Attorney's Office
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: 509-835-6356

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM OLDHAM MIZE, IV,<br><br>                Defendant. | CASE NO. 2:18-cr-00232-TOR<br><br>[Proposed] Order Granting Motion to Forfeit Bond |

      Before the Court, without oral argument, is the Government's Motion to Forfeit Bond, ECF No. ___. Having reviewed the pleadings and the file in this matter, and being fully informed, the Court grants the motion.

      On January 9, 2019, Defendant posted a $750,000 unsecured appearance bond. Defendant subsequently absconded from pretrial supervision in July 2019,

[PROPOSED] ORDER GRANTING MOTION TO FORFEIT BOND - 1

in violation of the conditions of his release. Defendant's whereabouts remained unknown until he was arrested in the Middle District of Florida in November 2023.

The Court finds that Defendant breached his conditions of release and pursuant to Federal Rule of Criminal Procedure 46(f)(1), the Court declares the $750,000 bond forfeited. The Court does not find any reason to set aside the $750,000 bond forfeiture in whole or in part under Rule 46(f)(2).

The government has requested the court enter a default judgment against Defendant, which the Court will do pursuant to Rule 46(f)(3). The Court finds no reason to remit in whole or part the judgment under Rule 46(f)(4).

Accordingly, **IT IS HEREBY ORDERED**

1. The Government's Motion to Forfeit Bond, ECF No. ____, is **GRANTED**.
2. The $750,000 unsecured bond Defendant agreed to on January 9, 2019, is forfeited to the United States.
3. A $750,000 default judgment is hereby entered against Defendant

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this ___ day of October, 2024.

_____
THOMAS O. RICE
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO FORFEIT BOND - 2