# EXHIBIT 1

[FILED RESTRICTED/UNDER SEAL]