# EXHIBIT 3

[FILED RESTRICTED/UNDER SEAL]