FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM OLDHAM MIZE, IV,

Defendant.

Case No.: 2:18-CR-0232-TOR-1

ORDER GRANTING UNITED
STATES' MOTION FOR
PRESENTENCE PAYMENT

BEFORE THE COURT is the United States' Unopposed Motion for Presentence Payment. ECF No. 1063. On August 6, 2024, Defendant William Oldham Mize, pled guilty pursuant to Fed. R. Crim. P. 11(c)(1)(C) to Count 73 an Indictment filed on December 18, 2018, charging Defendant with Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1341, 1343, and 1349.

Pursuant to the Plea Agreement filed in this case, the Defendant has agreed to pay restitution in the amount of $6,757,209.99. ECF No. 1046 at 46. Currently, the FBI is in possession of $1,800 from the sale of Defendant's vehicle in Florida.

Order for Presentence Payment - 1

The parties further acknowledged in the plea that those funds should be deposited with the Clerk's Office and, pursuant to 28 U.S.C. § 2042, be withdrawn and applied to Defendant's restitution obligation upon entry of judgment. ECF No. 1046 at 48. The Court therefore grants the Government's Motion and directs the Clerk of the Court to accept presentence payment in the amount of $1,800.00.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Presentence Payment, ECF No. 1063, is **GRANTED**.

2. **The Clerk's Office**, pursuant 28 U.S.C. § 2041 and LCivR 67, shall **ACCEPT PAYMENT** of $1,800 held by FBI and maintain such payment on deposit until a criminal judgment is entered.

3. The Clerk of the Court is directed to deposit the funds in an interest-bearing account pending resolution of Defendant's case and until further order of the Court. When the funds are eventually withdrawn, the Clerk of the Court is directed, without further order of this Court, to deduct from the income earned on the deposit a fee, as set by the Director of the Administrative Office and authorized by the Judicial Conference of the United States, 28 U.S.C. § 1914.

Order for Presentence Payment - 2

1

2

3

4.  Upon entry of a criminal judgment, **the Clerk's Office**, pursuant to 28

U.S.C. § 2042 and in accordance with the Clerk's standard operating

procedures, shall withdraw and **APPLY THE DEPOSITED FUNDS** in

Partial satisfaction of the criminal restitution obligation imposed against

Defendant.

IT IS SO ORDERED.  The Clerk's Office is directed to enter this Order and

provide copies to all counsel and the U.S. Probation Office.

DATED this 25th day of October, 2024.



THOMAS O. RICE
United States District Judge

Order for Presentence Payment - 3