Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: awagley@ettermcmahon.com
*Attorney for Defendant William O. Mize*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM O. MIZE,<br><br>Defendant. | Case Nos.  2:18-CR-232-TOR-1<br>        2:19-CR-0021-TOR<br>        2:20-CR-0144-TOR<br>        2:20-CR-0145-TOR<br><br>**NOTICE OF RESOLUTION OF DEFENDANT'S OBJECTIONS TO DRAFT PRESENTENCE REPORT** |

COMES NOW, Defendant William O. Mize, by and through his Criminal Justice Act ("CJA") counsel of record, Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the following Notice of Resolution of Defendant's Objections to Draft Presentence Report. Defendant and Counsel have reviewed Probation's Addendum to the Presentence Report ("PSR") following Defendant's Objections.  (*See* ECF No.

Notice of Resolution of Defendant's Objections
to Draft PSR—Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1056.) As such, Mr. Mize respectfully submits the following Notice of Resolution of Defendant's Objections.

All Defendant's Objections have been resolved by Probation's Addendum to the PSR. In relation to Objection No. 7 (Zero Point Offender Adjustment Under USSG §4C1.1. Specifically, Mr. Mize has agreed in the Rule 11(c)(1)(C) Plea Agreement to an adjustment as an Organizer/Leader pursuant to USSG §3B1.1. As such Mr. Mize does not qualify as a Zero Point Offender based upon the requirement that "the defendant did not receive an adjustment under §3B.1.1 (Aggravating Role)." USSG §4C.1(a)(10). This requirement was explicitly clarified by virtue of the November 1, 2024, amendment to USSG §4C.1.1.

RESPECTFULLY SUBMITTED this 14th day of November, 2024.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Andrew M. Wagley
   Andrew M. Wagley, WSBA #50007
   *Attorney for Defendant William O. Mize*

Notice of Resolution of Defendant's Objections
to Draft PSR—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System. I also hereby certify that I emailed a copy of this document to United States' Probation Officer Cassie Lerch at Cassie_Lerch@waep.uscourts.gov.

EXECUTED this 14th day of November, 2024 in Spokane, WA.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Notice of Resolution of Defendant's Objections
to Draft PSR—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100