## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

WILLIAM OLDHAM MIZE,

                Defendant.

Case Nos.  2:18-CR-0232-TOR-1
              2:19-CR-0021-TOR
              2:20-CR-0144-TOR
              2:20-CR-0145-TOR

CRIMINAL MINUTES

DATE:    12/5/2024

LOCATION:  Spokane

SENTENCING HEARING

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Bridgette Fortenberry | | | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Daniel Fruchter / Jeremey Kelley / Brian Donovan | | Andrew Wagley | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                     [ X ] US Probation Officer**:** C. Lerch

Defendant is present in USMS custody and assisted by counsel.

Mr. Fruchter presented the Government's sentencing recommendation.

The Court confirmed with counsel review of the PSIR with Defendant and there are no outstanding objections.   The Court accepted the binding nature of the Rule 11 plea agreement as to each case.

Mr. Wagley presented a sentencing recommendation on Defendant's behalf.

The Court adopted the Presentence Report without change and calculated the advisory guideline range.

The Defendant addressed the Court on his own behalf.

The Court addressed the Defendant and pronounced sentence.

| | |
|---|---|
| **Incarceration:** | 144 months total |
| **Supervised Release:** | 3 years total |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $300 total |

Page 2              USA v. Mize              2:18-CR-0232-TOR-1, et seq              Sentencing Hearing

| JVTA: | N/A |
|---|---|
| AVAA: | N/A |
| Restitution: | $6,757,209.99 joint and several with co-Defendants |
| BOP Recommendations: | • Placement at FCI Lompoc<br>• RDAP |

All remaining counts of the Indictments in Case Nos. 18-CR-0232-TOR; 19-CR-0021-TOR; and 20-CR-0145-TOR are dismissed on the government's motion, as well as the Indictment in Case No. 22-CR-0144-TOR.

With no objection from defense, the Court will enter the Final Order of Forfeiture as to the money judgment.

Appeal rights waived in the Plea Agreement.

| CONVENED:  10:30 AM | ADJOURNED:  11:15 AM | TIME: 45 MINS | ORDER/JNC FORTHCOMING [ X ] |
|---|---|---|---|