RESTITUTION REPORT

Dec 05, 2024

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Allstate Insurance Company | $5,000.00 | $5,000.00 | 1st in full |
| Allstate Insurance Company | $100,000.00 | $100,000.00 | 2nd in full |
| AMCO | $130,193.00 | $130,193.00 | 3rd in full |
| American Commerce | $142,000.00 | $142,000.00 | 4th in full |
| AMICA | $23,303.15 | $23,303.15 | 5th in full |
| AMICA | $32,738.00 | $32,738.00 | 6th in full |
| CSAA | $11,214.00 | $11,214.00 | 7th in full |
| CSAA | $15,000.00 | $15,000.00 | 8th in full |
| CSAA | $86,000.00 | $86,000.00 | 9th in full |
| CSAA | $125,000.00 | $125,000.00 | 10th in full |
| CSAA | $126,209.56 | $126,209.56 | 11th in full |
| CSAA | $303,712.67 | $303,712.67 | 12th in full |
| CSAA/AAA Nevada | $120,000.00 | $120,000.00 | 13th in full |
| Esurance | $21,810.82 | $21,810.82 | 14th in full |
| Farmers | $97,095.45 | $97,095.45 | 15th in full |
| Farmers | $123,435.04 | $123,435.04 | 16th in full |
| Farmers | $142,761.33 | $142,761.33 | 17th in full |
| GEICO | $9,556.18 | $9,556.18 | 18th in full |
| GEICO | $15,000.00 | $15,000.00 | 19th in full |
| GEICO | $50,179.09 | $50,179.09 | 20th in full |
| GEICO | $100,000.00 | $100,000.00 | 21st in full |
| GEICO | $107,786.58 | $107,786.58 | 22nd in full |
| Hartford | $100,000.00 | $100,000.00 | 23rd in full |
| Hartford | $121,647.44 | $121,647.44 | 24th in full |
| Hartford | $174,752.00 | $174,752.00 | 25th in full |
| Hertz | $273,000.00 | $273,000.00 | 26th in full |
| Liberty Mutual | $85,000.00 | $85,000.00 | 27th in full |
| Liberty Mutual | $176,000.00 | $176,000.00 | 28th in full |
| MetLife | $225,428.35 | $225,428.35 | 29th in full |
| Nationwide Insurance Company | $110,000.00 | $110,000.00 | 30th in full |
| Nationwide Insurance Company | $296,826.75 | $296,826.75 | 31st in full |
| Progressive Group | $30,000.00 | $30,000.00 | 32nd in full |

| | | | |
|---|---|---|---|
| Progressive Group | $91,280.00 | $91,280.00 | 33rd in full |
| Progressive Group | $281,495.80 | $281,495.80 | 34th in full |
| Progressive Group | $320,698.13 | $320,698.13 | 35th in full |
| RepWest | $17,260.17 | $17,260.17 | 36th in full |
| Safeco | $148.68 | $148.68 | 37th in full |
| Safeco | $338,266.75 | $338,266.75 | 38th in full |
| State Farm | $246,217.52 | $246,217.52 | 39th in full |
| State Farm | $267,278.62 | $267,278.62 | 40th in full |
| State Farm | $345,572.52 | $345,572.52 | 41st in full |
| Travelers Insurance | $235,000.00 | $235,000.00 | 42nd in full |
| USAA | $105,000.00 | $105,000.00 | 43rd in full |
| USAA | $215,770.59 | $215,770.59 | 44th in full |
| USAA | $236,324.93 | $236,324.93 | 45th in full |
| USAA | $288,110.50 | $288,110.50 | 46th in full |
| USAA | $288,136.37 | $288,136.37 | 47th in full |
| TOTALS | $6,757,209.99 | $6,757,209.99 | |

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses commited on or after September 13, 1994, but before April 23, 1996.