Case 2:18-cr-00232-TOR    ECF No. 1070-2    filed 12/05/24    PageID.7869    Page 1 of 6

Joint and Several Restitution Schedule

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

| Defendant | Amount | Amount | Payee |
|---|---|---|---|
| Jessica Alexandra Gonzalez 2:18-CR-00232-TOR-7 | $100,000.00 | $100,000.00 | Allstate Insurance Company |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $5,000.00 | $792.50 | Allstate Insurance Company |
| Matthew David Carter 2:18-CR-00232-TOR-17 | $5,000.00 | $443.94 | Allstate Insurance Company |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $5,000.00 | $940.64 | Allstate Insurance Company |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $100,000.00 | $18,812.71 | Allstate Insurance Company |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $5,000.00 | $792.50 | Allstate Insurance Company |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $5,000.00 | $1,875.33 | Allstate Insurance Company |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $5,000.00 | $5,000.00 | Allstate Insurance Company |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $100,000.00 | $100,000.00 | Allstate Insurance Company |
| Michele Lee Smith 2:18-CR-00232-TOR-16 | $142,000.00 | $22,562.07 | American Commerce |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $142,000.00 | $53,259.26 | American Commerce |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $142,000.00 | $142,000.00 | American Commerce |
| Alexander Arceo 2:18-CR-00232-TOR-13 | $23,303.15 | $2,850.40 | AMICA |
| Brittany Jo Harris 2:18-CR-00232-TOR-9 | $23,303.15 | $6,195.03 | AMICA |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $23,303.15 | $3,650.36 | AMICA |
| Richard Ronald Wells 2:18-CR-00232-TOR-12 | $23,303.15 | $5,360.53 | AMICA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $23,303.15 | $8,740.20 | AMICA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $32,738.00 | $12,278.88 | AMICA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $23,303.15 | $23,303.15 | AMICA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $32,738.00 | $32,738.00 | AMICA |
| Alexander Arceo 2:18-CR-00232-TOR-13 | $303,712.67 | $37,149.60 | CSAA |
| Angela Dawn Provost 2:18-CR-00232-TOR-4 | $126,209.56 | $10,909.53 | CSAA |
| Brittany Jo Harris 2:18-CR-00232-TOR-9 | $303,712.67 | $93,685.15 | CSAA |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $15,000.00 | $5,732.98 | CSAA |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $86,000.00 | $13,631.01 | CSAA |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $125,000.00 | $19,812.52 | CSAA |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $126,209.56 | $23,743.44 | CSAA |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $303,712.67 | $55,203.00 | CSAA |
| Richard Ronald Wells 2:18-CR-00232-TOR-12 | $303,712.67 | $81,065.26 | CSAA |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $15,000.00 | $5,732.98 | CSAA |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $86,000.00 | $13,631.01 | CSAA |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $125,000.00 | $19,812.52 | CSAA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $11,214.00 | $4,205.98 | CSAA |

| Defendant | Amount | Amount | Insurer |
|---|---|---|---|
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $15,000.00 | $13,566.17 | CSAA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $86,000.00 | $32,255.61 | CSAA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $125,000.00 | $46,883.15 | CSAA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $126,209.56 | $47,336.81 | CSAA |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $303,712.67 | $113,912.06 | CSAA |
| Stephanie Stock 2:18-CR-00232-TOR-19 | $11,214.00 | $435.61 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $11,214.00 | $11,214.00 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $15,000.00 | $15,000.00 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $86,000.00 | $86,000.00 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $125,000.00 | $125,000.00 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $126,209.56 | $126,209.56 | CSAA |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $303,712.67 | $303,712.67 | CSAA |
| William Oldham Mize V 2:18-CR-00232-TOR-3 | $15,000.00 | $8,410.10 | CSAA |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $120,000.00 | $22,575.25 | CSAA/AAA Nevada |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $120,000.00 | $45,007.82 | CSAA/AAA Nevada |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $120,000.00 | $120,000.00 | CSAA/AAA Nevada |
| William Oldham Mize V 2:18-CR-00232-TOR-3 | $120,000.00 | $27,901.79 | CSAA/AAA Nevada |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $21,810.82 | $8,180.48 | Esurance |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $21,810.82 | $21,810.82 | Esurance |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $142,761.33 | $5,558.34 | Farmers |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $142,761.33 | $22,627.69 | Farmers |
| Michael Adam White 2:18-CR-00232-TOR-20 | $97,095.45 | $6,349.24 | Farmers |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $123,435.04 | $23,221.48 | Farmers |
| Randy Carl Sharp 2:18-CR-00232-TOR-22 | $97,095.45 | $14,160.63 | Farmers |
| Randy Carl Sharp 2:18-CR-00232-TOR-22 | $142,761.33 | $20,820.65 | Farmers |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $142,761.33 | $22,627.69 | Farmers |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $97,095.45 | $36,417.12 | Farmers |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $123,435.04 | $46,296.19 | Farmers |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $142,761.33 | $53,544.81 | Farmers |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $97,095.45 | $97,095.45 | Farmers |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $123,435.04 | $123,435.04 | Farmers |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $142,761.33 | $142,761.33 | Farmers |
| Angela Dawn Provost 2:18-CR-00232-TOR-4 | $15,000.00 | $785.29 | GEICO |
| Angela Dawn Provost 2:18-CR-00232-TOR-4 | $107,786.58 | $12,047.12 | GEICO |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $9,556.18 | $372.07 | GEICO |

pg. 2

| Defendant | Amount | Amount | Victim |
|---|---|---|---|
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $100,000.00 | $3,893.46 | GEICO |
| Jason Allan Westfall 2:18-CR-00232-TOR-21 | $50,179.09 | $1,820.67 | GEICO |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $9,556.18 | $1,514.66 | GEICO |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $15,000.00 | $2,377.50 | GEICO |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $50,179.09 | $7,953.39 | GEICO |
| Matthew David Carter 2:18-CR-00232-TOR-17 | $15,000.00 | $1,331.81 | GEICO |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $100,000.00 | $18,812.71 | GEICO |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $107,786.58 | $18,812.71 | GEICO |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $9,556.18 | $1,514.66 | GEICO |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $15,000.00 | $2,377.50 | GEICO |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $50,179.09 | $7,953.39 | GEICO |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $9,556.18 | $3,584.19 | GEICO |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $15,000.00 | $5,625.98 | GEICO |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $50,179.09 | $18,820.43 | GEICO |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $100,000.00 | $37,506.52 | GEICO |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $107,786.58 | $40,427.00 | GEICO |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $9,556.18 | $9,556.18 | GEICO |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $15,000.00 | $15,000.00 | GEICO |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $50,179.09 | $50,179.09 | GEICO |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $100,000.00 | $100,000.00 | GEICO |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $107,786.58 | $107,786.58 | GEICO |
| Jessica Alexandra Gonzalez 2:18-CR-00232-TOR-7 | $121,647.44 | $121,647.44 | Hartford |
| Michele Lee Smith 2:18-CR-00232-TOR-16 | $100,000.00 | $15,888.78 | Hartford |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $100,000.00 | $18,812.71 | Hartford |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $121,647.44 | $22,885.18 | Hartford |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $174,752.00 | $32,875.59 | Hartford |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $100,000.00 | $37,506.52 | Hartford |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $174,752.00 | $65,543.39 | Hartford |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $100,000.00 | $100,000.00 | Hartford |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $121,647.44 | $121,647.44 | Hartford |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $174,752.00 | $174,752.00 | Hartford |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $273,000.00 | $10,629.14 | Hertz |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $273,000.00 | $43,270.54 | Hertz |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $273,000.00 | $43,270.54 | Hertz |

| Defendant | Amount | Amount Paid | Victim |
|---|---|---|---|
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $273,000.00 | $102,392.80 | Hertz |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $273,000.00 | $273,000.00 | Hertz |
| Angela Dawn Provost 2:18-CR-00232-TOR-4 | $85,000.00 | $8,626.14 | Liberty Mutual |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $85,000.00 | $15,990.81 | Liberty Mutual |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $85,000.00 | $31,880.54 | Liberty Mutual |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $176,000.00 | $66,011.48 | Liberty Mutual |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $85,000.00 | $85,000.00 | Liberty Mutual |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $176,000.00 | $176,000.00 | Liberty Mutual |
| William Oldham Mize V 2:18-CR-00232-TOR-3 | $176,000.00 | $40,922.62 | Liberty Mutual |
| Jason Allan Westfall 2:18-CR-00232-TOR-21 | $225,428.35 | $8,179.33 | MetLife |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $225,428.35 | $35,730.42 | MetLife |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $225,428.35 | $35,730.42 | MetLife |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $225,428.35 | $84,550.33 | MetLife |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $225,428.35 | $225,428.35 | MetLife |
| Bonnie Jean Bonney 2:18-CR-00232-TOR-8 | $296,826.75 | $9,833.50 | Nationwide Insurance Company |
| Brittany Jo Harris 2:18-CR-00232-TOR-9 | $110,000.00 | $35,119.82 | Nationwide Insurance Company |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $110,000.00 | $4,282.80 | Nationwide Insurance Company |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $110,000.00 | $17,435.02 | Nationwide Insurance Company |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $296,826.75 | $47,047.09 | Nationwide Insurance Company |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $296,826.75 | $55,841.16 | Nationwide Insurance Company |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $110,000.00 | $17,435.02 | Nationwide Insurance Company |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $296,826.75 | $47,047.09 | Nationwide Insurance Company |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $296,826.75 | $111,329.38 | Nationwide Insurance Company |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $110,000.00 | $110,000.00 | Nationwide Insurance Company |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $296,826.75 | $296,826.75 | Nationwide Insurance Company |
| Bonnie Jean Bonney 2:18-CR-00232-TOR-8 | $281,495.80 | $58,848.36 | Progressive Group |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $91,280.00 | $14,467.89 | Progressive Group |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $281,495.80 | $44,617.12 | Progressive Group |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $320,698.13 | $47,475.22 | Progressive Group |
| Matthew David Carter 2:18-CR-00232-TOR-17 | $281,495.80 | $24,993.28 | Progressive Group |
| Michael Adam White 2:18-CR-00232-TOR-20 | $91,280.00 | $5,968.97 | Progressive Group |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $30,000.00 | $5,643.81 | Progressive Group |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $281,495.80 | $52,957.00 | Progressive Group |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $91,280.00 | $14,467.89 | Progressive Group |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $281,495.80 | $44,617.12 | Progressive Group |

pg. 4

| Defendant | Amount 1 | Amount 2 | Insurer |
|---|---|---|---|
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $320,698.13 | $47,475.22 | Progressive Group |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $91,280.00 | $34,235.95 | Progressive Group |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $281,495.80 | $105,579.28 | Progressive Group |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $320,698.13 | $112,342.53 | Progressive Group |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $30,000.00 | $30,000.00 | Progressive Group |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $91,280.00 | $91,280.00 | Progressive Group |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $281,495.80 | $281,495.80 | Progressive Group |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $320,698.13 | $320,698.13 | Progressive Group |
| William Oldham Mize V 2:18-CR-00232-TOR-3 | $320,698.13 | $69,644.72 | Progressive Group |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $17,260.17 | $6,473.69 | RepWest |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $17,260.17 | $17,260.17 | RepWest |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $148.68 | $5.79 | Safeco |
| Christopher Joseph Frangella 2:18-CR-00232-TOR-11 | $338,266.75 | $13,170.27 | Safeco |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $148.68 | $23.57 | Safeco |
| Richard Ronald Wells 2:18-CR-00232-TOR-12 | $338,266.75 | $93,450.77 | Safeco |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $148.68 | $23.57 | Safeco |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $148.68 | $55.76 | Safeco |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $338,266.75 | $126,872.10 | Safeco |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $148.68 | $148.68 | Safeco |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $338,266.75 | $338,266.75 | Safeco |
| Angela Dawn Provost 2:18-CR-00232-TOR-4 | $267,278.62 | $27,631.92 | State Farm |
| Kimberly Rita Boito 2:18-CR-00232-TOR-10 | $267,278.62 | $42,363.70 | State Farm |
| Matthew David Carter 2:18-CR-00232-TOR-17 | $267,278.62 | $23,730.97 | State Farm |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $345,572.52 | $65,011.56 | State Farm |
| Ryan Folks Park 2:18-CR-00232-TOR-5 | $267,278.62 | $42,363.70 | State Farm |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $246,217.52 | $92,347.62 | State Farm |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $267,278.62 | $100,246.91 | State Farm |
| Stephanie Stock 2:18-CR-00232-TOR-19 | $246,217.52 | $9,564.39 | State Farm |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $246,217.52 | $246,217.52 | State Farm |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $267,278.62 | $267,278.62 | State Farm |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $345,572.52 | $345,572.52 | State Farm |
| Misael Reyes-Tajimaroa 2:18-CR-00232-TOR-6 | $235,000.00 | $44,209.88 | Travelers Insurance |
| Sandra Victoria Talento 2:18-CR-00232-TOR-2 | $235,000.00 | $88,140.32 | Travelers Insurance |
| William Oldham Mize IV 2:18-CR-00232-TOR-1 | $235,000.00 | $235,000.00 | Travelers Insurance |

| Name | Case | Amount | Amount | Agency |
|---|---|---|---|---|
| Christopher Joseph Frangella | 2:18-CR-00232-TOR-11 | $105,000.00 | $4,088.13 | USAA |
| Kimberly Rita Boito | 2:18-CR-00232-TOR-10 | $236,324.93 | $37,457.53 | USAA |
| Kimberly Rita Boito | 2:18-CR-00232-TOR-10 | $288,136.37 | $45,669.65 | USAA |
| Michael Adam White | 2:18-CR-00232-TOR-20 | $288,110.50 | $18,840.05 | USAA |
| Michael Adam White | 2:18-CR-00232-TOR-20 | $288,136.37 | $18,841.74 | USAA |
| Michele Lee Smith | 2:18-CR-00232-TOR-16 | $236,324.93 | $37,549.15 | USAA |
| Randy Carl Sharp | 2:18-CR-00232-TOR-22 | $288,110.50 | $42,018.72 | USAA |
| Ryan Folks Park | 2:18-CR-00232-TOR-5 | $236,324.93 | $37,457.53 | USAA |
| Ryan Folks Park | 2:18-CR-00232-TOR-5 | $288,136.37 | $45,669.65 | USAA |
| Sandra Victoria Talento | 2:18-CR-00232-TOR-2 | $236,324.93 | $88,637.26 | USAA |
| Sandra Victoria Talento | 2:18-CR-00232-TOR-2 | $288,110.50 | $108,060.22 | USAA |
| Sandra Victoria Talento | 2:18-CR-00232-TOR-2 | $288,136.37 | $108,069.93 | USAA |
| Teresa Ann Gonzalez | 2:18-CR-00232-TOR-15 | $236,324.93 | $13,132.00 | USAA |
| William Oldham Mize IV | 2:18-CR-00232-TOR-1 | $105,000.00 | $105,000.00 | USAA |
| William Oldham Mize IV | 2:18-CR-00232-TOR-1 | $215,770.59 | $215,770.59 | USAA |
| William Oldham Mize IV | 2:18-CR-00232-TOR-1 | $236,324.93 | $236,324.93 | USAA |
| William Oldham Mize IV | 2:18-CR-00232-TOR-1 | $288,110.50 | $288,110.50 | USAA |
| William Oldham Mize IV | 2:18-CR-00232-TOR-1 | $288,136.37 | $288,136.37 | USAA |
| William Oldham Mize V | 2:18-CR-00232-TOR-3 | $215,770.59 | $50,169.88 | USAA |