UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-0232-TOR-1 |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| WILLIAM OLDHAM MIZE, IV, | |
| Defendant. | |

BEFORE THE COURT is the United States' oral Motion for an Order Declaring the Preliminary Order of Forfeiture Final.

On August 7, 2024, the Court entered the Preliminary Order of Forfeiture (ECF No. 1048) forfeiting $4,779,681.98 in the form of a money judgment in favor of the United States.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The Government's oral Motion for Order Declaring the Preliminary Order of Forfeiture Final is **GRANTED.**

The Court's August 7, 2024, Preliminary Order of Forfeiture is **FINAL** as to the Defendant; a money judgment in the amount of $4,779,681.98 is entered in favor of the United States.

FINAL ORDER OF FORFEITURE ~ 1

1    Pursuant to 21 U.S.C. § 853(p), the United States may seek forfeiture of any

2   other property of the Defendant up to the value of the money judgment listed above.

3    The Internal Revenue Service and/or the United States (and/or its agents) are

4
5   authorized to seize this sum, whether held by the Defendant or a third party, and to

6   conduct any discovery proper in identifying or locating such property, in accordance

7   with Fed. R. Crim. P. 32.2(b)(3).

8
9    The Court shall retain jurisdiction to enforce this Order, and to amend it

10  as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

11   The District Court Clerk is directed to enter this Order and provide copies

12
13  to counsel.

14   ORDERED this 5th day of December 2024.



Thomas O. Rice
United States District Judge

FINAL ORDER OF FORFEITURE ~ 2